HENRY M. V. CONNELLY, as Trustee, Respondent, *v.* JOSEPH TROXELL et al., Appellants, Impleaded with Another.

*Connelly* v. *Troxell*, 144 App. Div. 897, affirmed.
(Submitted January 15, 1913; decided February 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 4, 1911, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action upon a promissory note.

*Charles Capron Marsh* for appellants.

*Charles B. McLaughlin* and *William J. Martin* for respondent.

Judgment affirmed, with costs; no opinion. ·

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.